FILED
2008 Mar-06  AM 09:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO DETRAY BATTLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:07-cv-0773-TMP |
| | ) |
| JERRELL YOUNG, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on February 13, 2008, recommending that the plaintiff's claims against inmate defendants Jerrell Young, Corderius Caldwell, and Greg Jones be dismissed. It was further recommended that the plaintiff's Eighth Amendment failure-to-protect claims against Officers Miller and Molay be referred to the magistrate judge for further proceedings.  The plaintiff filed objections on February 19, 2008.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the plaintiff's objections, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  It is therefore ORDERED, ADJUDGED, and DECREED that the plaintiff's claims against inmate defendants Young, Caldwell, and Jones  are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  It is further ORDERED  that the plaintiff's Eighth Amendment failure-to-

protect claims against Defendants Miller and Molay are REFERRED to the magistrate judge for further proceedings.

    Done the 5th day of March, 2008.

                                                            U.W. Clemon
                                          United States District Judge